Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

FILED
2022 MAR -7 AM 11: 31

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Josue Alexis Rivera-Portillo

**Case Number:** EP:18-CR-00080-PRM(1)

**Name of Sentencing Judicial Officer:** Philip R. Martinez, U.S. District Judge

**Date of Original Sentence:** May 17, 2018

**Original Offense:** Illegal Re-Entry, violation of 8 USC 1326

**Original Sentence:** Eighteen (18) months imprisonment followed by three (3) years non-reporting supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** April 5, 2019

**Assistant U.S. Attorney:** Carlos Gerardo Hermosillo     **Defense Attorney:** Tyrone T. Mansfield

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** If ordered deported from the United States, the defendant must remain outside the United States and shall not re-enter without legal documents allowing re-entry. If the defendant re-enters the United States, he or she must report to the nearest probation office within 72 hours of his or her return. If released from confinement or not deported, the defendant must report to the nearest probation office within 72 hours.

> **Nature of Noncompliance:** According to the Criminal Complaint filed in the Southern District of Texas, Corpus Christi Division, under Case Number: 2:21-cr-01050, on November 18, 2021, Border Patrol Agents encountered Josue Alexis Rivera-Portillo, attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Rivera-Portillo was a citizen and national of El Salvador without any immigration documents allowing him to enter or remain in the United States legally. Moreover, an immigration query revealed Rivera-Portillo was removed from the United States to El Salvador on October 4, 2017, via Phoenix, Arizona. Rivera-Portillo remains in custody pending final disposition of the said case.

Josue Alexis Rivera-Portillo
Docket No. EP:18-CR-00080-PRM(1)
Petition for Warrant or Summons for Offender Under Supervision
P a g e | 2

**U.S. Probation Officer Recommendation:**

The term of supervision should be

    [X]  revoked.

    [ ]  extended for _____ years, for a total term of _____ years.

    [ ]  modified as follows:

Respectfully submitted,

*Arcelia Menchaca* (signature)
Arcelia Menchaca
U.S. Probation Officer
Office (915) 585-5584
Cellular (915) 861-8468
Date: March 3, 2022

Approved by,

*J. Anthony Glover* (signature)
J. Anthony Glover
Supervising U.S. Probation Officer
Office (915) 585-6560
Cellular (915) 861-8755

---

**THE COURT ORDERS:**

[ ]  No action.

[✓]  The issuance of a warrant.

[ ]  The issuance of a summons.

[ ]  Other

*Kathleen Cardone* (signature)
U.S. District Judge

March 4, 2022
Date